IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00014-RPM

BETH A. JOHNSON, individually,

Plaintiff,

v.

ADP, L.L.C., a Delaware limited liability company; and,
CDK GLOBAL, L.L.C., a Delaware limited liability company,

Defendants.

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THE COURT**, having reviewed the Stipulation for Dismissal with prejudice, and being fully advised in the premises thereof, hereby:

GRANTS said Stipulation; and,

ORDERS that this civil action is dismissed with prejudice, each party to pay their own costs and fees.

Dated:   April 10, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge